

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2022

No. 04-22-00245-CV

Larry **CONN**, Laura Conn, and L-C Concrete, Inc. d/b/a Texas Concrete Construction Company,
Appellants

v.

Paul **BISHOP**, Individually And Derivatively On Behalf Of Medina Valley Materials, LLC,
Medina Valley Holdings, LLC, Medina Valley Land, LLC, Medina Valley Equipment, LLC,
And Medina Valley Concrete Construction, LLC, And Jacob Bishop, Individually And
Derivatively On Behalf Of Medina Valley Materials, LLC, Medina Valley Holdings, LLC,
Medina Valley Land, LLC, and Medina Valley Equipment, LLC,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02401
Honorable David A. Canales, Judge Presiding

# O R D E R

On July 7, 2022, two volumes of a sealed first supplemental clerk's record were filed. On July 8, 2022, the parties filed a "Joint Motion for Access to the Supplemental Clerk's Record." We **GRANT** the motion.

The Clerk of this court is instructed to provide a copy of sealed Supplemental Clerk's Record Volume 1 and sealed Supplemental Clerk's Record Volume 2 to appellants' and appellees' attorneys on CD-ROM. All parties and their attorneys are **ORDERED** not to share the contents of any sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event the parties reference any sealed record in their respective briefs, they are **ORDERED** to comply with the following procedure:

1. The party filing the brief must file the brief in paper form only, with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

2. Concurrently, the party must file a notice stating whether the brief discloses protected information and where in the brief such information is disclosed.

3. Within seven days after the brief is filed, the opposing party may file a notice stating whether the brief discloses protected information and where in the brief such information is disclosed.

4. After receiving the notice or notices, this court will determine whether the brief or a portion of the brief will remain filed under seal. This court may order a party to file a redacted brief or order other measures less restrictive than the sealing of the entire brief.

On June 28, 2022, appellants filed an "Advisory to the Court," stating they intended to refile their brief to add citations to the sealed supplemental clerk's record. Appellants stated their intention to cite to this record as "Supp. CR ___." Because there are multiple volumes of the clerk's record filed in this appeal, all parties are **ORDERED** to identify the volume to which they cite in their briefs in a manner that allows this court to immediately identify the cited volume. The parties are encouraged to cite to the PDF page of the cited volume.

Appellants are **ORDERED** to refile their brief **no later than ten days** after they receive access to copies of sealed Supplemental Clerk's Record Volume 1 and sealed Supplemental Clerk's Record Volume 2.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court